**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Kervens Datus**
Petitioner

V.

CIVIL ACTION

NO. **1:26-cv-14826-RGS**

**Moniz et al**
Respondents

## ORDER OF DISMISSAL

Stearns, D. J.

In accordance with the Court's Order entered November 4, 2026 [Doc. No. 12] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/4/2026
Date

/s/ Jacqueline Martin
Deputy Clerk